UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-MD-02057-PAS (SEITZ)

IN RE.: KAPLAN HIGHER EDUCATION CORP.
QUI TAM LITIGATION
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-21733-SEITZ/O'SULLIVAN

UNITED STATES ex. rel. JORGE TORRES,

      Plaintiff,

v.

KAPLAN HIGHER EDUCATION
CORPORATION,

      Defendant.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20756-CIV-SEITZ

UNITED STATES OF AMERICA, *ex rel.*
CARLOS URQUILLA-DIAZ *et al.*,

      Plaintiffs,

   v.

KAPLAN UNIVERSITY *et al.*,

      Defendants.
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-21720-SEITZ/O'SULLIVAN

UNITED STATES OF AMERICA, ex rel.,
VICTORIA G. GATSIOPOULOS, Relator
DOLORES A. HOWLAND, Relator,

      Plaintiffs/Relators,

v.

KAPLAN CAREER INSTITUTE,
KAPLAN HIGHER EDUCATION
CORPORATION, and ICM CAMPUS
f/k/a ICM School of Business & Medical
Careers,

      Defendants.
_____/

**DEFENDANTS' OPPOSITION TO MOTION FOR APPEARANCE AND WAIVER OF LOCAL RULE 4.B's LOCAL COUNSEL DESIGNATION REQUIREMENT AND LEAVE TO OBTAIN LIMITED CM/ECF ACCESS TO ELECTRONICALLY FILE DOCUMENTS AND RECEIVE NOTICES OF ELECTRONIC FILINGS**

    Defendants, Kaplan, Inc., Kaplan University, Kaplan Career Institute and Kaplan Higher Education Corporation (collectively, "Defendants"), hereby submit this Opposition to the Motion for Appearance and Waiver of Local Rule 4.B's Local Counsel Designation Requirement and Leave to Obtain Limited CM/ECF Access to Electronically File Documents and Receive Notices of Electronic Filings (the "Motion"), filed by attorney Ronald Schwartz on behalf of himself and two other attorneys representing Relator Jorge Torres (together, the "Torres Attorneys"), and state as follows:

    1.    This action involves the following three separate *qui tam* cases filed by several relators against Defendants under the False Claims Act, 31 U.S.C. §§ 3279 *et. seq*.: (1) *United States ex. rel. Gatsiopoulos v. Kaplan Career Institute, et. al.*, Case No. 09-CV-21720-

SEITZ/O'SULLIVAN ("*Gatsiopoulos*"), originally filed in the Western District of Pennsylvania on or about November 2, 2006; (2) *United States ex. rel. Urquilla-Diaz v. Kaplan University et. al.*, Case No. 09-CV-20756-CV-SEITZ/O'SULLIVAN ("*Diaz*"), originally filed in the Middle District of Florida on or about April 18, 2007; and (3) *United States ex. rel. Jorge Torres v. Kaplan Higher Education Corporation*, Case No. 09-CV-21733-SEITZ/O'SULLIVAN ("*Torres*"), originally filed in the Northern District of Illinois on or about October 4, 2007.

2.   On June 10, 2009, the United States Judicial Panel on Multidistrict Litigation transferred *Gatsiopoulos* and *Torres* to this Court (where *Diaz* was already pending) "for coordinated or consolidated pretrial proceedings[.]"  *See* Transfer Order at 3 (emphasis added). Contrary to the Torres Attorneys' assertion, the three actions have not been "consolidated." *See, e.g.*, *In re Equity Funding Corp. of America Securities Litigation*, 375 F. Supp. 1378, 1384 (J.P.M.L. 1973) (transfer by MDL Panel for "coordinated or consolidated" proceedings does ***not*** mean that the cases have been consolidated).  Following the transfer order, the cases remain entirety separate actions proceeding on separate tracks.

3.   Jorge Torres is a party to *Torres* only.  He is not a party to *Gatsiopoulos* or *Diaz*. Accordingly, while the Torres Attorneys may make appearances in *Torres*, they are not entitled to appear in *Gatsiopoulos* or *Diaz*, or to access the CM/ECF system for the purpose of filing documents in those two cases.  Their Motion should therefore be denied.

WHEREFORE, Defendants KAPLAN, INC., KAPLAN UNIVERSITY, KAPLAN CAREER INSTITUTE and KAPLAN HIGHER EDUCATION CORPORATION respectfully request that the Motion filed by counsel for Relator JORGE TORRES be denied.

Dated:  November 16, 2009.

Respectfully submitted,

By:    /s/ Susan N. Eisenberg       
    Susan N. Eisenberg, Esquire (600393)
    E-Mail:  susan.eisenberg@akerman.com
    Samuel S. Heywood (0016604)
    samuel.heywood@akerman.com
**AKERMAN SENTERFITT**
One SE Third Avenue, 25th Floor
Miami, FL  33131-1704
Telephone:  (305) 374-5600
Facsimile:  (305) 374-5095
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF this 16th day of November, 2009.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of U.S. Mail and/or Notice of Electronic Filing generated by CM/ECF.

   s/Susan N. Eisenberg       
Susan N. Eisenberg, Esq.

**SERVICE LIST**
*In Re Kaplan Higher Education Corporation Qui Tam Litigation*
*Case No. 09-MD-02057-PAS-Civ (Seitz)*
*United States District Court, Southern District of Florida*

Carlos Javier Raurell, Esquire
Email: carlos.raurell@usdoj.gov
United States Attorney's Office
99 NE 4 Street
Miami, Florida 33132
Telephone: (305) 961-9243
Facsimile: (305) 530-7139
Attorney for United States of America
*Served via EM/ECF*

Charles T. Harden, III
Email: charles.harden@usdoj.gov
United States Attorney's Office –FLM
400 N. Tampa Street
Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6198
Attorney for United States of America
*Served via EM/ECF*

Paul R Skirtich, Esq.
Email: Paul.Skirtich@usdoj.gov
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
Telephone: (412) 644-3500
Attorney for United States of America
*Served via U.S. Mail*

G .Ware Cornell, Jr., Esq.
Email: warecornell@gmail.com
Cornell & Associates
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 524-2703
Facsimile: (954) 524-2706
Attorney for Plaintiffs
Carlos Urquilla-Diaz and Ben Wilcox
*Served via EM/ECF*

John Troy Andrews, Esq.
Email: andrewslawgroup@ix.netcom.com
Andrews Law Group
3220 Henderson Boulevard
Tampa, FL 33609
Telephone: (813) 877-1867
Facsimile: (813) 872-8298
Attorney for Plaintiffs
Carlos Urquilla-Diaz and Jude Gillespie
*Served via U.S. Mail*

John W. Andrews, Esq.
Email: andrewslawgroup@ix.netcom.com
Andrews Law Group
3220 Henderson Boulevard
Tampa, FL 33609
Telephone: (813) 877-1867
Facsimile: (813) 872-8298
Attorney for Plaintiff
Carlos Urquilla-Diaz
*Served via EM/ECF*

Beth Tyler Vogelsang, Esq.
Email: beth@abbrclaw.com
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 NE 2nd Avenue
Suite 201
Miami, FL 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
Attorney for Plaintiff
Jude Gillespie
*Served via EM/ECF*

Jeremy William Alters, Esq.
Email: ieremv@abbrclaw.com
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 Northeast 2nd Ave., Suite 201
Miami, FL 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
Attorney for Plaintiff
Jude Gillespie
*Served via EM/ECF*

Kimberly Lynn Boldt
Email: kimberly@abbrclaw.com
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 Northeast 2nd Ave., Suite 201
Miami, FL 33137
Telephone: (305) 571-8550
Facsimile: (305) 571-8558
Attorney for Plaintiff
Jude Gillespie
*Served via EM/ECF*

Christine T. Elzer
Email:celzer@ocmilaw.com
Ogg Cordes Murphy & Ignelzi
245 Fort Pitt Boulevard, 4th Floor
Pittsburgh, P A 15222
Telephone: (412) 471-8500
Facsimile: (412) 471-8503
Attorney for Plaintiffs, Victoria G.
Gatsiopoulos and Dolores A. Howland
*Served via U.S. Mail*

Samuel J. Cordes, Esq.
Email: scordes@ocmilaw.com
Ogg Cordes Murphy & Ignelzi
245 Fort Pitt Boulevard
4th Floor
Pittsburgh, P A 15222
Telephone: (412) 471-8500
Facsimile: (412) 471-8503
Attorney for Plaintiffs
Victoria G. Gatsiopoulos and
Dolores A. Howland
*Served via U.S. Mail*

James L. Zelenay, Jr., Esq.
Email: jzelenay@gibsondunn.com
Gibson Dunn & Crutcher
333 S Grand Avenue, Suite 4600
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7000
Facsimile: (213) 229-7520
Attorney for Defendants Kaplan University
a/k/a Kaplan College a/k/a Iowa College
Acquisition Corp., Kaplan Higher Education
Corporation A division of Kaplan, Inc.;
wholly Owned subsidiary of The
Washington Post Company, Kaplan Career
Institute and ICM Campus
*Served via U.S. Mail*

Nicola T. Hanna, Esq.
Email: nhanna@gibsondunn.com
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Attorney for Defendant
Kaplan University a/k/a Kaplan College
a/k/a Iowa College Acquisition Corporation,
Kaplan Higher Education Corporation A
division of Kaplan, Inc.; wholly Owned
subsidiary of The Washington Post
Company, Kaplan Career Institute and ICM
Campus
*Served via U.S. Mail*

Samuel Swain Heywood, Esq.
Email: Samuel.Heywood@akerman.com
Akerman Senterfitt
Suntrust International Center
One SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Attorney for Defendant
Kaplan University, a/k/a Kaplan College
a/k/a Iowa College Acquisition Corporation,
Kaplan Higher Education Corporation A
division of Kaplan, Inc.; wholly Owned
subsidiary of The Washington Post
Company, Kaplan Career Institute and ICM
Campus


Susan Nadler Eisenberg, Esq.
Email: Susan.Eisenberg@akerman.com
Akerman Senterfitt
Suntrust International Center
1 SE 3rd Avenue
25th Floor
Miami, FL 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 374-5095
Attorney for Defendant
Kaplan University a/k/a Kaplan College
a/k/a Iowa College Acquisition
Corporation, Kaplan Higher Education
Corporation A division of Kaplan, Inc.;
wholly Owned subsidiary of The
Washington Post Company, Kaplan Career
Institute and ICM Campus


Timothy J. Hatch, Esq.
Email: thatch@gibsondunn.com
Gibson Dunn & Crutcher
333 S Grand Avenue
Suite 4600
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
Attorney for Defendant

Kaplan University
a/k/a Kaplan College
a/k/a Iowa College Acquisition Corp.,
Kaplan Higher Education Corporation A
division of Kaplan, Inc.; wholly Owned
subsidiary of The Washington Post
Company, Kaplan Career Institute and ICM
Campus
*Served via U.S. Mail*

Efrem M. Grail, Esq.
Email: egrail@reedsmith.com
Reed Smith Shaw & McClay
435 6th Avenue
Pittsburgh, PA 15219-1886
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Attorney for Defendants
Kaplan Career Institute and ICM Campus
*Served via U.S. Mail*

Tonya S. Goodman, Esq.
Email: tgoodman@reedsmith.com
Reed Smith Shaw & McClay
435 6th Avenue
Pittsburgh, PA 15219-1886
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Attorney for Defendants
Kaplan Career Institute and ICM Campus
*Served via U.S. Mail*

Christopher Charles Sharp, Esq.
Email: csharplaw@aol.com
Sharp Law Firm, P.A.
7350 N.W. 5th Street
Plantation, FL 33317
Telephone:  (954) 617-6017
Facsimile:  (954) 617-6018
Attorney for Plaintiff,
Victoria G. Gatsiopoulos and Dolores A.
Howland
*Served via CM/ECF*

Stanley Eisenstein, Esq.
Katz Friedman Eagle Eisenstein Johnson & Bareck
77 W Washington Street
20th Floor
Chicago, IL 60602
Telephone (312) 263-6330
Facsimile (312) 372-5555
Attorney for Plaintiff, Jorge Torres
*Served via U.S. Mail*

Keith William Medansky,  Esq.
Email: keith.medansky@dlapiper.com
DLA Piper US LLP
203 N LaSalle Street
Suite 1900
Chicago, IL 60601
Telephone: (312) 368-4000
Facsimile: (312) 630-5345
Attorney for Defendant
Kaplan Higher Education Corporation A division of Kaplan, Inc.; wholly Owned subsidiary of The Washington Post Company
*Served via U.S. Mail*

Monica L. Thompson, Esq.
Email: Monica.Thompson@dlapiper.com
DLA Piper US LLP
203 N LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone: (312) 368-4000
Facsimile: (312) 630-7323
Attorney for Defendant
Kaplan Higher Education Corporation A division of Kaplan, Inc.; wholly Owned subsidiary of The Washington Post Company
*Served via U.S. Mail*

Michele Marion Fox, Esq.
US Attorney's Office
Northern District of Illinois
 219 S Dearborn Street
Suite 500
Chicago, IL 60604
Telephone: (312) 353-5300
Attorney for Plaintiff, Jorge Torres
*Served via U.S. Mail*

Timothy J. Matusheski, Esq.
PO Box 1421
Waynesboro, MS 39367
Telephone: (601) 735-5222
Attorney for Plaintiff, Jorge Torres
*Served via U.S. Mail*

Ronald Barry Schwartz, Esq.
Katz Friedman Eagle Eisenstein Johnson & Bareck
77 W Washington Street
20th Floor
Chicago, IL 60602
Telephone: (312) 263-6300
Attorney for Plaintiff, Jorge Torres
*Served via U.S. Mail*