UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: KAPLAN HIGHER
EDUCATION CORP,

CASE NO. 09-MD-02057-SEITZ/O'SULLIVAN

_____/

UNITED STATES OF AMERICA,
ex rel. CARLOS URQUILLA DIAZ, et al.,

Plaintiffs,

v.

CASE NO. 09-20756-CIV-SEITZ/O'SULLIVAN

KAPLAN UNIVERSITY, et al.,

Defendants.

_____/

## ORDER GRANTING MOTION FOR CLARIFICATION

THIS MATTER is before the Court on Relator Jude Gillespie's Motion for Clarification of Prior Rulings [DE-43 in case no. 09-md-02057 and DE-220 in case no. 09-20756-CIV], which Relator has filed seeking clarification regarding orders relating to stays in this case. Specifically, DE-139,[1] in which the Court stated "Discovery remains stayed," and DE-200 in which the Court ordered the stay lifted. Relator Gillespie seeks clarification as to whether DE-200 lifted the entire stay or whether the discovery stay remains in place. Defendants argue that DE-200 lifted the stay that the Court imposed while awaiting a decision from the Judicial Panel On Multidistrict Litigation regarding a potential tag-along case. According to Defendants DE-200 did not apply to the stay on discovery. Defendants further argue that Eleventh Circuit law supports the continuation of the discovery stay until the Motions to Dismiss are resolved. See *Chudasama v. Mazda Motor Corp.*,

---

[1] All further references to docket entries shall be to entries in case no. 09-20756-CIV, unless otherwise noted.

123 F.3d 1353, 136 (11th Cir. 1997) (stating that a motion to dismiss based on a failure to state a claim for relief should be resolved before discovery begins).

However, the Court, by prior order, has held that the Relators' theory of recovery is valid. *See* DE-19 in case no. 09-md-02057. Consequently, at least some of the Relators' claims will survive the pending motions to dismiss. The main issue remaining is for the Court to determine if the various Relators' claims are essentially the same and, if so, which of the claims are the first filed. The Court intends to issue its order addressing these issues in the next several weeks. Consequently, it is

ORDERED that:

1. Relator Jude Gillespie's Motion for Clarification of Prior Rulings [DE-43 in case no. 09-md-02057 and DE-220 in case no. 09-20756-CIV] is GRANTED. The lifting of the stay did include discovery. Discovery shall proceed.

2. Given the similarity of many of the Relators' claims, by **December 8, 2010**, all parties shall meet to develop a joint discovery plan that maximizes efficiency and minimizes costs and redundancies in the discovery process.

3. Kaplan shall respond to Relator Gillespie's previously propounded discovery requests within twenty days of finalizing the joint discovery plan.

DONE and ORDERED in Miami, Florida, this 9th day of November, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record